# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**JON LAWRENCE KAISER**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br>Criminal Number: **2:93CR00494 01**<br><br>L. CUSICK, AFD<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔]  admitted guilt to violation of charges  2 AND 3  as alleged in the violation superseding petition filed on  7/11/2008 .

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violations:

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 2 | FAILURE TO PARTICIPATE IN CORRECTIONAL TREATMENT PROGRAM | 8/29/07; 9/6;9/7; 9/12; 9/13; AND 9/14/2007 |
| 3 | FAILURE TO PARTICIPATE IN CORRECTIONAL TREATMENT PROGRAM | 8/29/2007; 9/12-13/2007 |

The court: [✔] revokes supervision heretofore ordered on  4/24/1994 .

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✔]  Charges 1 and 4 are dismissed upon motion of the government.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| |
|---|
| 01/06/2009 |
| Date of Imposition of Sentence |
| |
| /s/ John A. Mendez |
| Signature of Judicial Officer |
| |
| **HON. JOHN A. MENDEZ**, United States District Judge |
| Name & Title of Judicial Officer |
| |
| 01/09/2009 |
| Date |

CASE NUMBER:       2:93CR00494 01                                           Judgment - Page 2 of 2
DEFENDANT:         JON LAWRENCE KAISER

# IMPRISONMENT

    The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 14 MONTHS .

**NO TERM OF SUPERVISED RELEASE TO FOLLOW.**

[✔]    The court makes the following recommendations to the Bureau of Prisons:
    The Court recommends that the defendant be incarcerated Springfield, MO. facility, but only insofar as this accords with security classification and space availability.

[✔]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.
    [ ] at ___ on ___.
    [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before _ on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Officer.
    If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal